UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
DEC 01 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**FILED UNDER SEAL**

Civil Action No. 5:21-CV-00297-DCR

UNITED STATES OF AMERICA,
*ex rel.* NAM NGUYEN and MISTY NALL,                                 Plaintiff,

v.

BLUE WATERS ASSESSMENT &
TESTING SERVICES, LLC;
CROSSROADS COUNSELING SERVICES, INC.;
DAVID WATERS; and
VERRALAB JA, LLC d/b/a BIOTAP MEDICAL,                        Defendants.

### THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this action, and to decline to intervene in part of this action. The United States intervenes in that part of the action which alleges that Defendants submitted, or caused to be submitted, false claims for urine drug tests that were not medically necessary because they were performed pursuant to court order or for other non-clinical purposes. *See* R. 1: Complaint, Section IV.C.1. The United States declines to intervene in those parts of the action that allege that (1) Defendants overutilized confirmation testing and submitted, or caused to be submitted, false claims for such testing, *id.* at Section IV.C.2; and (2) Defendants submitted, or caused to be submitted, claims for urine drug tests tainted by violations of the Anti-Kickback Statute. *Id.* at Section

IV.C.3. Pursuant to 31 U.S.C. § 3731(c), the United States intends to file and serve its complaint-in-intervention within 90 days. *Cf.* Fed. R. Civ. P. 4(m).

Although the United States declines to intervene in a portion of the action, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relators to maintain the declined portion of the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Accordingly, the United States requests that, should either the relators or the defendants propose that the part of the action in which the United States has not intervened be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Additionally, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that it be served with all pleadings and motions filed as to the non-intervened part of this action; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts.

The United States also reserves its right to intervene at a later date, for good cause shown, in the non-intervened part of this action. It also reserves its right to seek the dismissal of the relators' action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

Finally, the Government requests that, as provided under 31 U.S.C. § 3730(b), the seal be lifted as to the relators' complaint and as to all other contents of the Court file *except* for the following *in camera* submissions supporting the United States' motions for extensions of the intervention deadline and seal period: Record No. 4-1 (United States'

Memorandum in Support of its *Ex Parte* Motion for Extension of Intervention Deadline and Seal Period, filed February 1, 2022) and Record No. 6-1 (United States' Memorandum in Support of its *Ex Parte* Motion for Extension of Intervention Deadline and Partial Lift of Seal, filed July 25, 2022). In discussing the content and extent of the United States' non-public investigation, including methods and thought processes for assessing the relators' allegations, these submissions were provided under 31 U.S.C. § 3730(b)(3) to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. *See id.* § 3730(b)(2)-(3).

A proposed order accompanies this Notice.

DATED: December 1, 2022

Respectfully submitted,

CARLTON S. SHIER, IV
United States Attorney

By: /s/ Christine Corndorf
Christine Corndorf
Assistant United States Attorney
Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507
859-233-2661
859-233-2533 (fax)
Christine.Corndorf@usdoj.gov

*Counsel for the United States of America*