UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. NAM NGUYEN and MISTY NALL,<br><br>    Plaintiffs,<br><br>V.<br><br>BLUE WATERS ASSESSMENT & TESTING SERVICES, LLC, et al.,<br><br>    Defendants. | Civil Action No. 5: 21-297-DCR<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The United States having notified the Court of its election to intervene in part of this action and declining to intervene in part, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2), 3730(b)(4), it is hereby

**ORDERED** as follows:

1. The United States' notice of election to intervene, in part, which is filed as a motion [Record No. 8], is **GRANTED**.

2. The relators' Complaint [Record No. 1] is **UNSEALED**.

3. The filings at Record Nos. 4-1 and 6-1 remain under seal and will not be made public or served upon the defendants, as these documents were provided pursuant to 31 U.S.C. § 3730(b)(3) to apprise the Court of non-public information relating to the government's investigation, for the purpose of determining whether the seal and time for making an election should have been extended.

4. All other contents of the record will be **UNSEALED**.

5. The United States is directed to file and serve its Complaint upon the defendants, together with this Order, within **90 days**.

6. The relators are directed to serve their Complaint upon the defendants within **90 days**.

7. The parties are directed to serve on the United States all pleadings and motions regarding the part of the action in which the United States has declined to intervene, in accordance with 31 U.S.C. 3730(c)(3).

8. The United States may order any deposition transcripts.

9. The United States will receive electronic notice of all orders filed in this action.

10. The United States may intervene in the non-intervened part of the action, for good cause shown, at a later date.

11. The Court will solicit the written consent of the United States before ruling on any motion of the relators or defendants to dismiss, settle, or otherwise discontinue part of the action in which the United States has declined to intervene.

Dated: December 1, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky